# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

Chief Redeik Ironhorse Thomas pro se attorney
_____
Plaintiff(s),

WWE INC.
Vicki Guerrero-manager         Case No. 8MC 197 JGM
Vincent K. McMann ~~chairman~~ man
_____
Defendant(s).

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the court direct the United States Marshal's Service to serve process.

_____
Original Signature

Chief Redeik Ironhorse Thomas
Name (print or type)

2139 Second St.
Street Address

Jacksonville     FL.   32218
City            State   Zip Code

No phone  ( )
Telephone Number

Rev.1/11/08                                1

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## FINANCIAL AFFIDAVIT IN SUPPORT OF
## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. § 1915

_Chief Redek Ironhorse Thomas_
Plaintiff(s),

v.

_Vincent K. McMann Et al_
Defendant(s).

Case No. ---------------------------

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____ Married _✓_ Separated _____ Divorced _____
If separated or divorced, are you paying any support or any form of maintenance?
Yes _____ No _✓_
Dependents: Wife _✓_ Children # _____ Others # _____
and relationship _____
Please provide the names and ages of your children. **IF A CHILD IS A MINOR (UNDER AGE 18), PLEASE IDENTIFY THE CHILD BY <u>INITIALS</u> ONLY.**
Name _____ Age _____
Name _____ Age _____
Name _____ Age _____

**RESIDENCE**
Street Address: _2139 Second St_
City: _Jacksonville_ State: _FL._
Zip Code: _32218_ Telephone: _____

Rev.1/11/08                  2

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School   K 1 2 3 4 5 6 7 8      High School   9 10 11 12
College   1 2 3 (4)   Post-Graduate   1 2 3 4

**EMPLOYMENT**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long employed by present employer: _____
Income:   Monthly _____   Weekly _____

If <u>self-employed</u> state weekly wages: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since the 10 day of May, 1989
The name of my last employer: _____
Address:   Myself
Telephone #: ( ) _____
The last salary or wages received: _____

If <u>spouse</u> is employed, please complete the following:
Name of employer: _____
How long employed: _____
Income:   Monthly _____   Weekly _____
What is the nature of spouse's employment? _____

If on <u>welfare</u> or receiving <u>unemployment benefits</u> complete the following:
I have been on welfare or receiving unemployment benefits
since: _____
I am receiving $_____ monthly _____ weekly _____
for myself and family of _____
have filed for disability
If receiving <u>social security</u>, <u>disability</u> or <u>workers' compensation</u> benefits complete the following:
I have been receiving social security, disability or workers' compensation benefits
since: _____.
I am receiving $_____ monthly _____ weekly _____.

**FINANCIAL STATUS**
Owner of real property?   Yes ____   No ✓
If yes, description: _____
Address: _____
In whose name? _____
Estimated value: _____
Amount owed: _____

Rev.1/11/08                              3

Owed to: We clean property as our rent
Total: _____ Monthly payment _____

Owed to: _____
Total: _____ Monthly payment _____
Annual income from property: _____

Other property:
Automobile: Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____
Owed to: _____
Amount owed: _____

Cash or Securities on hand:
Cash in banks and savings and loan associations: NONE
Names and addresses of banks and associations: _____

Stocks or bonds owned:
Indicate current value and name of company and number of shares of stock or identify bonds: None

**OBLIGATIONS:**
Monthly rental on house or apartment:        $ 0
Monthly mortgage payment on house:           $
Gas bill per month:                          $
Electric bill per month:                     $
Phone bill per month:                        $
Car payments per month:                      $
Car insurance payments per month:            $
Other types of insurance payments per month  $
Monthly payments to retail merchants:        $
  Please list: _____                 $
  Please list: _____
Monthly payments on any other outstanding
loans or debts:                              $
  Please list: _____                 $
  Please list: _____                 $
Any money owed to doctors, hospitals, lawyers
  Please list: _____                 $
  Please list: _____                 $
Monthly payment for maintenance or child support
under separation or dissolution agreement:   $
Estimated monthly expenditure on food:       $

Rev.1/11/08                    4

Estimated monthly expenditure on clothing: $ 0

Total amount of monthly obligations: $ 0

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned): I am still waiting for disability appeal

**PREVIOUS LITIGATION:**
If you have ever filed a case in this district, provide the following information for each case you have filed. If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

Date: Apr. 22-08          _____
                          Original Signature of Affiant

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: Apr 22-08          _____
                         Original Signature of Affiant

Rev.1/11/08                             5